Case 3:25-cv-00270-L-BT   Document 3   Filed 02/03/25   Page 1 of 11   PageID 4

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 3 2025
CLERK, U.S. DISTRICT COURT
By:_____ Deputy

Affidavit
In the nature of Supplemental
Rules for Administrative and Maritime Rule (C)(6)
- POWER OF ATTORNEY IN FACT -

Grant of Exclusive Power of Attorney to conduct all Tax Business, and Legal Affairs

I, JOSHUA JERMAINE LONG or Any derivative thereof, strawman/corporate fiction, (133 North Riverfront Blvd Dallas TX 75260) of principle person. do hereby appoint (Joshua Long) A living soul, as Agent with Power of Attorney Infact (P.O. Box 660334 Dallas TX 75260) to take exclusive charge of, *manage* and conduct all of my Tax business, and Legal Affairs and for such purpose to act for me in my name and place without limitation on the powers necessary to carry out this exclusive purpose of Attorney in fact as Authorized: 3-25CV0270-L

A) to take Possession of, hold, and manage my real estate and all other property;

B) To Recieve money or property paid or delivered to me from Any source.

C) to deposit funds in, make withdraws from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds or

page 1 of 5

certificates of deposits, to endorse checks, notes, or other documents in my name; to have access to, And place items in or Remove them any safety deposit box standing in my name individually or jointly, And otherwise to conduct bank transactions or business for me in my name;

D) to pay my Just debts and expenses including reasonable expenses incurred by my attorney in fact Joshua Long, in exercising this exclusive Power of Attorney.

E) to Retain any investments, invest, And to invest in stocks, bonds, or other securities, or in real estate or other property.

F) to give general and special proxies or exercise rights of conversion or Rights with respect to shares or securities, to deposit shares or securities with or transfer them to protective Committees or

page 2 of 5

similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities.

G) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact Joshua Long may consider prudent;

H) to provide for the use, maintenance, repair, security, or storage of my tangible property;

I) to purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my Attorney in fact may consider prudent;

The Agent, Living Soul [Joshua Long], is hereby Authorized by law to Act for and in Conduct of the Strawman/corporate fiction JOSHUA JERMAINE LONG or any

page 3 of 5

derivative thereof. In addition, through the exclusive Power of Attorney, to Contract for all Business and legal Affairs of the Principle Person, JOSHUA JERMAINE LONG, strawman/corporat fiction.

The term "Exclusive" shall be construed to mean that while this Power of Attorney are in force, only my Attorney in fact may obligate me in these matters, And I forfeit the capacity to obligate my self with Regard to the Same. This Power of Attorney is "Irrevocable" during the Lifetime of the Agent/Living Soul...

Executed and sealed by the voluntary Act of my own hand this 27th Day of September 2024

This Instrument was Prepared by:
Joshua Long

Acceptance:
JOSHUA JERMAINE LONG, Grantor

page 4 of 5

Before me the undersigned Authority on this day personally Appeared Joshua Long, known to me as the Flesh-N-Blood man whose name is subscribed to the forgoing document and acknowledged to me that he executed the same for the purpose and consideration there in expressed

Given under my hand and seal of office this 18 day of October 2024

X _____
Notary Public in and for the State of Texas

Temeka Crawford
My Commission Expires
7/10/2028
Notary ID 126495728

CAUSE NUMBER

F2430749, F243050, F243051

TO: Criminal District Court #3
FROM: JOSHUA LONG
RE: ADMINISTRATIVE REMEDY
DATE: 1-24-2025

**DEAR COURT CLERK,**

ENCLOSED YOU WILL FIND MY MOTION TO BE FILED, Motion for Discovery Motion for Speedy Trial, Reduce Bail

1) PLEASE FILE THIS MOTION WITH THE Criminal District Court #3.
2) PLEASE PRESENT THE DISTRICT ATTORNEY'S OFFICE WITH A COPY OF THIS MOTION.
3) I AM CURRENTLY INCARCERATED IN THE DALLAS COUNTY JAIL AND CANNOT AFFORD THE FILING FEE OF SAID MOTION.
4) I WOULD APPRECIATE YOUR OFFICE WOULD SEND A DATE FILED STAMPED COPY OF THE FOREGOING MOTION.

I WOULD LIKE TO THANK YOU IN ADVANCE FOR YOUR COOPERATION IN THIS MATTER, IT IS GREATLY APPRECIATED.

JOSHUA LONG
BN# 24017782

P.O. BOX 660334

DALLAS, TEXAS 75266

RESPECTFULLY SUBMITTED,
JOSHUA LONG
- All Rights Reserved -

F2430749
F2430750
Cause No F2430751

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| --- | --- | --- |
|  | § |  |
| VS. | § | COURT NO. ____ OF |
| JOSHUA LONG | § |  |
|  | § | DALLAS COUNTY, TEXAS |

## MOTION FOR DISCOVERY AND INSPECTION OF EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, ( JOSHUA LONG ), in the above-styled and numbered cause and moves the Court, under the authority of Art. 39.14, Tex. Code Crim. Proc. Ann., for discovery and inspection of the following items:

I.

The Defendant moves the Court to order the District Attorney to produce and permit by the Defendant or Defendant's counsel the inspection of and the copying and/or photographing of the following:

1. Any documents, papers, books, accounts, letters, photographs, objects or tangible things not privileged, which constitute or contain evidence material to any matter involved in the action and which are in the possession, custody or control of the State or any of its agencies;

2. Any written statements of the Defendant;

3. Any oral statements of the Defendant;

4. The prior criminal record of the Defendant;

5. The criminal records of the State's witnesses;

6. Any evidence which in any way is exculpatory to the Defendant.

7. Any tape recordings of the interviews with the Defendant by any law enforcement agent.

II.

In support of this Motion the Defendant would show that the items and information requested are within the exclusive control and custody of the State, the items are not privileged, and that, absent such discovery, the Defendant's rights under Art. 39.14, Tex. Code Crim. Proc. Ann.; Art. I, Sec. 10, of the Texas Constitution; and the Fourth, Fifth and Sixth Amendments of the United States Constitution will be violated.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Honorable Court grant this the Defendant's Motion for Discovery and Inspection.

without prejudice
Respectfully submitted,

JOSHUA LONG
Defendant Pro SE

--- All Rights Reserved ---

Cause No. F2430750 / F2430751 / F2430749 / 2021492CI / 2024133CI / 2024692CI

State of Texas                                    In The CDC #3

VS.                                               Of DALLAS COUNTY

JOSHUA LONG                                       TEXAS

## MOTION TO REDUCE BAIL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now JOSHUA LONG, here in after in the above styled and numbered cause, and moves the court to reduce bail in such cause, and in support thereof would show the following:

### I

Defendant is currently confined in the Dallas County Jail after having been charged of the offense of UNL POSS FIREARM / POSS CS / POSS CS PG / POSS CS TO W/ METH / Evading Arrest/Lift v / Burg of HAB, in Cause No F2430750 / F2430749 / F2430751 / 2021492CI / 2024153CI / 2024692CI.

### II

The Bail required of defendant is excessive. Defendant has attempted both individually and through family and friends to post bail in said amount, but has been unsuccessful in raising the money necessary to post a cash bond or pay the professional bondsman premium required for a surety bond in this amount.

### III

The defendant has only sufficient financial resources to permit the posting of a bond in the amount of $ 500, through a professional bondsman. The posting of bail in this amount is proper under the facts of this case, which do not show that the defendant is a continuing danger to society or that the defendant is unlikely to appear.

WHEREFORE, PREMISES CONSIDER, defendant respectfully requests that the Court reduce bail in the instant case from $ 1,080,000 to $ 15,000.

Without Prejudice
Respectfully Submitted
JOSHUA LONG

_Joshua Long_
-- All Rights Reserved --

F24 30749
F24 30750
NO. F2430751

| STATE OF TEXAS | IN THE CDC #3 COURT |
|---|---|
| v. | Dallas COUNTY, TEXAS |
| JOSHUA LONG [defendant] | [ #3 JUDICIAL DISTRICT] |

## MOTION FOR SPEEDY TRIAL

TO THE HONORABLE JUDGE OF THIS COURT:

JOSHUA LONG [Name], defendant, moves the court to order a speedy trial, and in support of this motion shows:

I.

The indictment [indictment or information] in this action was presented on _____, 20 2 4. Defendant was arrested on 4-28-2024, 20 25 [If applicable, state that defendant has been continuously confined since arrest.]

II.

Defendant has heretofore asserted the right to a speedy trial by JURY

[describe manner in which the right to a speedy trial has been asserted, e.g., writing a letter to the office of the district attorney requesting a speedy trial in this case. A copy of this letter is attached as Exhibit _____ and made a part of this motion for all purposes].

III.

Trial in this matter is presently set for N/A, 20 N/A. If trial is not held on or before N/A, 20 N/A, defendant will be severely prejudiced in that N/A [name of witness], who is prepared to testify that an individual other than the defendant committed the offense charged, will not be available to testify in this matter after N/A, 20 N/A, a date prior to the to the date for which trial is presently set. The witness will

be unavailable because ___N/A___ [reason for witness's prospective unavailability, e.g., he/she is scheduled to enter the hospital for major surgery on aforesaid date].

WHEREFORE, the defendant prays the court grant this motion and order that trial in this matter be set for a date on or before __Feb 14__, 20_25_, or, if trial is not set on or before said date, that the __indictment__ [indictment or information] herein be dismissed on the ground that the defendant has been denied the constitutional right to a speedy trial.

Respectfully submitted,

JOSHUA LONG _____ [firm name if any]

By: __Joshua Long__ _without prejudice_ [signature]
_All Rights Reserved_

_____N/A_____ [typed name]

_____N/A_____ [telephone number]

_____N/A_____ [state bar identification number]

Attorney for Defendant

ORDER

On this the _____ day of _____, 20_____ came to be heard defendant's Motion for Speedy Trial, and it appears to the court that this motion should be _____ [granted or denied].

IT IS THEREFORE ORDERED that _____ [either trial in this matter be set for

_____, 20_____, or the _____ (indictment or information) on file in this case be dismissed.

Joshua Long
Booking #24017762
Dallas County Jail
P.O. Box 660334
Dallas, TX 75266

RECEIVED - 4

FEB - 3 2025

MAILROOM

NORTH TEXAS TX P&DC
DALLAS TX 750
29 JAN 2025 PM 4 L

X-RAY

United States District Court
Office of the Clerk
Northern District of Texas
1100 Commerce - Room 1452
Dallas, TX 75242

75242-131052